UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

IN RE: RICHARD K. BOWEN, ESQ., ) Misc. No. 5:21-MC-58

## ORDER

The above-named individual having received this court's Order to Show Cause issued on March 26, 2021, and having responded, it is hereby

ORDERED that said RICHARD K. BOWEN is suspended from the practice of law before this Court for a period of three (3) months from the date of this order.

Dated at Burlington, in the District of Vermont, this 3rd day of May, 2021.

Geoffrey W. Crawford, Chief Judge
United States District Court